IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR DELA VEGA, JR.<br><br>Defendant. | No. Cr. 06-80 (FCD)<br><br>**PROPOSED ORDER FOR ONE WEEK TEMPORARY PASS** |

After hearing the defendant's Motion for Temporary Release and no objection by the government thereto, the Court hereby:

ORDERED, that the defendant be released on a Temporary Pass from the Nevada County Jail on Friday May 9, 2008, at 9:00 am.; it is further,

ORDERED, that upon release the defendant shall meet with Henry Hawkins, an Investigator with the Office of the Federal Defender, to be taken to the third party custodian, Ms. Tracy Primer; it is further,

ORDERED, that the defendant shall remain in the third party custody of Ms. Tracy Primer during the period he is released; it is further,

ORDERED, that the defendant shall be at the residence of the third party custodian from 9:00 p.m. until 6:00 a.m. each evening, unless required to be at the hospital; it is further,

ORDERED, that the defendant shall report by telephone to the Pretrial Services Agency each day; it is further,

ORDERED, that the defendant shall return to the Nevada County Jail by 2:00 pm on May 16, 2008.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT